IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00639-BNB

ARTHUR D'AMARIO, III,

Applicant,

v.

BLAKE R. DAVIS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant Arthur D'Amario, III, is a prisoner in the custody of the United States

Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr.

D'Amario initiated this action by filing *pro se* an application for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 and a motion seeking leave to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on March 28, 2008, the Court

denied Mr. D'Amario leave to proceed *in forma pauperis* and directed him to pay the

$5.00 filing fee within thirty days if he wished to pursue his claims in this action. Mr.

D'Amario was warned that the action would be dismissed without further notice if he

failed to pay the filing fee within thirty days.

Mr. D'Amario has failed to pay the filing fee within the time allowed and he has

failed to respond in any way to the Court's March 28 order. Therefore, the action will be

dismissed without prejudice for failure to pay the filing fee. Accordingly, it is

ORDERED that the application is denied and the action is dismissed without

prejudice for failure to pay the filing fee.

DATED at Denver, Colorado, this 7 day of _____ May _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00639-BNB

Arthur D'Amario, III
Reg. No. 02989-070
FCI - Englewood
9595 W Quincy Avenue
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on_*5/8/08*____

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk